1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2708



APR 2 6 2005



5

6

7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        )    CR. No. S-00-153-WBS
                                    )
10           Plaintiff,             )    APPLICATION AND ORDER
                                    )    FOR WRIT OF HABEAS CORPUS
11      v.                          )    AD TESTIFICANDUM
                                    )
12  BINH KOUIYOTH,                  )
                                    )
13           Defendant.             )
                                    )
14  _____ )

15      COMES NOW the plaintiff herein by the United States Attorney

16  and represents and shows:

17      That there is now confined in Deule Vocational Institution

18  23500 Kasson Road, Tracy, California, one DWIGHT CHRISTOPHER

19  CASH, CDC number V21827 , in the custody of the Warden, Sheriff

20  or Jailor thereof; that said prisoner is a necessary, material

21  and competent witness in the prosecution of the above-entitled

22  case, which is set for a sentencing hearing before Honorable

23  William B. Shubb, 501 I Street, Suite 14-210, Federal Building,

24  United States District Courthouse at Sacramento, California, on

25  May 4, 2005 at 9:00 a.m., and that in order to secure the

26  attendance of said prisoner it is necessary that a Writ of Habeas

27  Corpus Ad Testificandum be issued commanding said Warden, Sheriff

28  or Jailor to produce said prisoner in said Court Room number 210,

                                    1

1  Fourteenth floor, Federal Building, United States District
2  Courthouse, 501 "I" Street, Sacramento, California, on May 4,
3  2005 at 9:00 a.m., in order that said prisoner may respond to and
4  answer such questions as may be propounded to him during the
5  course of the sentencing hearing of said case.

6       WHEREFORE, your petitioner prays for an order directing the
7  issuance of a Writ of Habeas Corpus Ad Testificandum, out of and
8  under the seal of this Court, commanding said Warden, Sheriff or
9  Jailor to have and produce said prisoner in said court room on
10 said date, then and there to respond to and answer such questions
11 as may be propounded to him during the course of the sentencing
12 hearing of the above-entitled case; and at the termination of
13 said sentencing hearing to return him forthwith to said above-
14 mentioned institution.

15 DATED:    4/26/05

                              McGREGOR W. SCOTT
16                            United States Attorney

17
                     BY:
18                            MATTHEW D. SEGAL
                              Assistant U.S. Attorney
19

20
                          O R D E R
21
22      Upon reading and filing the foregoing application in that
    behalf; IT IS ORDERED that a Writ of Habeas Corpus Ad
23
    Testificandum issue as prayed for herein.
24 DATED:    4/26/05
25
26
                              DALE A. DROZD
27                            UNITED STATES MAGISTRATE JUDGE
28

                                 2